UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>GURJIT SINGH SANDHU,<br><br>                    Defendant. | Case No. MJ11-610<br><br>**DETENTION ORDER** |

Offense charged:

    Conspiracy to Distribute Cocaine.

Date of Detention Hearing:  December 22, 2011.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant is charged with a crime that presumes detention and has failed to overcome that presumption.  Defendant appears to have a leadership role in the crime having recruited the

DETENTION ORDER - 1

codefendants and arranging to pay them.  The evidence against defendant is strong.  He and the codefendants were arrested at the scene of the crime and a large of drugs were seized.  When contacted by the police, defendant attempted to flee.  Defendant lives in Canada but is also a British citizen.  Given the mandatory prison sentence he faces, he has a great incentive to flee and return for court appearances.  Defendant also has pending criminal charges in Canada.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 22nd day of December, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2